United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Alvin Bell, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-60461-Civ-Scola |
| | ) |
| Sgt. Richard Giddaries, and others, Defendants | ) |

### Order Denying Relief from Judgment

    This matter is before the Court on Plaintiff Bell's "Motion for Claiming Summary Judgment of Retaliation with Violation." (ECF No. 107.) This case was originally referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On January 6, 2016, Judge White issued a Report, recommending that the Court dismiss Plaintiff's claims for lack of prosecution and deny Defendant's Motion for Summary Judgment as moot. (Report of Magistrate, ECF No. 105.) The Plaintiff did not file objections to Judge White's Report. On January 27, 2016, this Court adopted Judge White's Report, dismissed Plaintiff's claims against the Defendants, and directed the Clerk to close the case. (ECF No. 106.) Almost three years later, the Plaintiff filed the instant motion seeking relief from the judgment entered by this Court. (ECF No. 107.)

    The Plaintiff's two paragraph motion fails to cite a rule or basis to justify reopening this case. (*Id.*) The Court assumes that he is seeking relief under Rule 60. Rule 60 requires that a motion seeking relief from judgment be filed "within a reasonable time" and, under certain circumstances, "no more than a year after the entry of the judgment." Fed. R. Civ. P. 60(c)(1). The Plaintiff's motion was filed 33 months after entry of judgment. Therefore, the motion is untimely.

    Accordingly, the Court **denies** the Plaintiff's motion (**ECF No. 107**). This case was dismissed without prejudice. If the Plaintiff would like to file a *new* case, he is free to do so. However, he should not file any additional motions in *this* case.

    **Done and Ordered** at Miami, Florida, on April 12, 2019.

                                                                               Robert N. Scola, Jr.
                                                                               United States District Judge